IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A.B., | : |
|     Plaintiff, | : |
| v. | :    Case No. 4:21-cv-7-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

## ORDER

Upon consideration of Plaintiff's motion for attorney's fees (ECF No. 33) pursuant to 42 U.S.C. § 406(b) and all the supporting documents annexed thereto, as well as the other related filings, and the lack of opposition from the Commissioner,[1] it is ORDERED:

    1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $15,590.25, which the Court finds reasonable for the services rendered, less the $4,172.66 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. The Court finds that a reduction in the fee award by $4,172.66 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse Plaintiff with the amount of the lesser award; and

---

[1] The Commissioner filed a response indicating that she "neither supports nor opposes counsel's request for attorney's fees . . . under 42 U.S.C. § 406(b)."). Def.'s Resp. 1, ECF No. 35.

2.    Defendant shall pay $11,417.59 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

**SO ORDERED**, this 7th day of February, 2025.

                                                 s/ *Amelia G. Helmick*
                                               UNITED STATES MAGISTRATE JUDGE